IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, )<br>BRIAN EBERHARD, STATE OF TENNESSEE, )<br>*ex rel.*, and THE STATE OF FLORIDA, *ex rel.*, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>AMERITOX, LTD., )<br>)<br>    Defendant. ) | **SEALED CASE**<br>Civil No. 3:11-0445<br>Judge Trauger |

## **O R D E R**

It is hereby **ORDERED** that the initial case management conference scheduled in this case for July 25, 2011 is **CANCELLED**. This case will be set for an initial case management conference after it is unsealed.

It is so **ORDERED**.

ENTER this 18th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge