UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel*., ) <br> BRIAN EBERHARD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AMERITOX, LTD., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 3:11-0445 <br> JUDGE TRAUGER <br> MAGISTRATE JUDGE GRIFFIN <br><br> **FILED UNDER SEAL** |

## ORDER GRANTING UNITED STATES' MOTION REQUESTING A STATUS CONFERENCE

Upon consideration of the United States' Consent Motion Requesting a Status Conference in the above-captioned action:

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that a status conference is set in the above-captioned case for \_\_\_\_June 27\_\_\_\_, 2011 at \_\_10:00 a.m.\_\_;

**IT IS FURTHER ORDERED** that at least one of Relator's current attorneys from the law firm of Roberts & Werner, P.L.L.C. and Relator himself appear at the status conference;

**IT IS FURTHER ORDERED** that this case is and shall remain under seal until further order of this Court.

_____
ALETA A. TRAUGER
United States District Judge