IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. BRIAN EBERHARD; | ) ) ) |
| STATE OF TENNESSEE, ex. rel. BRIAN EBERHARD; | ) ) ) ) |
| STATE OF FLORIDA, ex. rel. BRIAN EBERHARD; | ) ) ) JURY DEMAND ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| AMERITOX, LTD., | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

A Motion to Withdraw as Counsel for Relator has been filed in this case by the law firm of Roberts and Werner, P.L.L.C., John W. Roberts and W. Joseph Werner, Jr —both members of Roberts and Werner, P.L.L.C. This Court finds the Motion well-taken.

It is, therefore, ORDERED that the Motion to Withdraw as Counsel for Relator be GRANTED.

ENTERED this __27th__ day of __June__, 2011.

_____
Judge

2