# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. BRIAN EBERHARD; | ) ) ) |
| STATE OF TENNESSEE, ex. rel. BRIAN EBERHARD; | ) ) ) |
| STATE OF FLORIDA, ex. rel. BRIAN EBERHARD; | ) ) JURY DEMAND |
| Plaintiffs, | ) 3-11-cv-445 ) ) |
| v. | ) ) |
| AMERITOX, LTD., | ) ) |
| Defendant. | ) ) |

## ORDER GRANTING MOTION TO PARTIALLY LIFT SEAL

A Motion to Partially Lift Seal so that Relator may seek new counsel has been filed in this case by the law firm of Roberts and Werner, P.L.L.C., John W. Roberts and W. Joseph Werner, Jr.—both members of Roberts and Werner, P.L.L.C. This Court finds that, although the seal is intended for the benefit of the United States while it conducts its investigation and considers whether or not to intervene in a <u>qui tam</u> action under the False Claims Act, 31 U.S.C. § 3729, <u>et seq.</u>, and that the United States should ordinarily be solely responsible for requests for a lift or partial lift of the seal, the United States has informed the undersigned that, in the unique circumstance here, the United States does not oppose the Motion, and in these circumstances, for good cause shown,

It is, therefore, ORDERED that the Motion to Partially Lift Seal for Relator be GRANTED, as follows:

1. The seal shall be partially lifted with regard to Relator for thirty (30) days for the sole purpose of allowing him to seek and confer with new counsel. Any disclosures by Relator pursuant to this Order shall be limited to disclosures communications made for the purpose of seeking new counsel.

2. That any individual to whom Relator makes disclosures regarding this matter is bound by the provisions of the seal and, whether that individual is retained or is not retained as counsel by Relator, is not permitted to disclose his or her knowledge of the case to anyone, including but not limited to Defendant.

3. That Relator shall present a copy of this Order to any individual that he may consult regarding representation and inform the prospective attorney that he or she is bound by the terms of the seal.

4. That the partial lifting of the seal shall end after thirty (30) days and that the case shall return to full seal absent further order of the Court.

ENTERED this 27th day of June, 2011.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing ORDER GRANTING MOTION TO PARTIALLY LIFT SEAL will be delivered to counsel of record via the United States mail at the following addresses:

MARY ELIZABETH MCCULLOHS
Assistant Attorney General
Medicaid Fraud & Integrity Division
Tennessee Attorney General & Reporter
425 Fifth Avenue North
Nashville, Tennessee 37243

CHRISTOPHER C. SABIS
Assistant United States Attorney
United State's Attorney's Office
110 Ninth Avenue South, STE A961
Nashville, Tennessee 37203

FLORIDA ATTORNEY GENERAL
The Capital PL-01
Tallahassee, Florida, 32399

A separate copy has been forwarded to Plaintiff via certified mail at the following address:

Brian Eberhard
1408 Leeds Road
Franklin, Tennessee 37067

/s/ W. Joseph Werner, Jr.
W. Joseph Werner, Jr.